FILED

2006 Jan-26  AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE  DIVISION

| | | |
|---|---|---|
| **WENDELL F. GILLEY, etc.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **CV 04-PT-562-M** |
| | ) | |
| **MONSANTO COMPANY, INC., et al** | ) | |
| | ) | |
| **Defendants** | ) | |

### MEMORANDUM OPINION

This cause comes on to be heard on  the plaintiff's Motion for Reconsideration of Class Certification filed on December 5, 2005.  The court has discussed the reasons for the denial of the earlier motion.  The most recent motion does not suggest any reasonable basis for reconsideration.  The most recent motion merely adds emphasis to the lack of the numerosity element.[1]  The fact that the court has struggled with plaintiff's individual claim further indicates the fact intensive nature of any individual claims.  The individual nature of any claims and the difficulty of analyzing them also indicates the lack of manageability.

The motion will be denied.  For comparison, *see Cooper v. Southern Company*, 390 F.3d 695 (11 th Cir. 2004); particularly see Headnote Keys 19-21.

---

[1]Numerosity , commonality and typicality are all belied by the fact that this case depends on whether someone began work at the Sand Mountain plant in July or August or later or earlier  in 1971. Note the minimal number of persons named in the subject motion.

This the 26th  day of January, 2006.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**